IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETE JAMES ADAME,      No. C 09-02523 SBA (PR)

    Petitioner,     **JUDGMENT**

v.

B. CURRY, Warden,

    Respondent.

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

DATED:  3/22/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PETE JAMES ADAME,

        Plaintiff,

v.

B CURRY et al,

        Defendant.

Case Number: CV09-02523 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pete James Adame D-01612
Correctional Training Facility
P.O. Box 689
Soledad,  CA 93960-0689

Dated: March 23, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Adame2523.jud.wpd     2